1  KAREN P. HEWITT
   United States Attorney
2  Christopher Alexander
   Assistant U.S. Attorney
3  California State Bar No. 230257
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7425 / Fax: (619) 235-2757
   Email: Christopher.Alexander@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    Criminal Case No. 08cr0520
                                     )
12                    Plaintiff,     )
                                     )    NOTICE OF APPEARANCE
13             v.                    )
                                     )
14  JOSE LUIS MORALES-SEVILLA        )
                                     )
15                    Defendant.     )
                                     )
16  _____ )

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19      I certify that I am admitted to practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

24  activity in this case:

25      Name (If none, enter "None" below)

26      None.

27  //

28  //

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: May 28, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Christopher Alexander*
CHRISTOPHER ALEXANDER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Christopher.Alexander@usdoj.gov

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

SOUTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            )            Criminal Case No. 08cr0520
                                        )
10              Plaintiff,              )
                                        )
11        v.                           )
                                        )            CERTIFICATE OF SERVICE
12  JOSE LUIS MORALES-SEVILLA          )
                                        )
13              Defendant.             )
    _____    )

14

IT IS HEREBY CERTIFIED THAT:

15

16        I, Christopher Alexander, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

17        I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

18

19        1. Stephen Demik
          2. Gerald McFadden

20        I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

21

22        N/A

23  the last known address, at which place there is delivery service of mail from the United States Postal Service.

24

25        I declare under penalty of perjury that the foregoing is true and correct.

26

27        Executed on May 28, 2008            /s/ *Christopher Alexander*

28                                            CHRISTOPHER ALEXANDER

Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28